UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-cv-23006-MGC

JESSICA DIPUGLIA,
individually and on behalf of all
others similarly situated,  **CLASS ACTION**

    Plaintiff,  **JURY TRIAL DEMANDED**

v.

US COACHWAYS, INC.,
a foreign corporation,

    Defendant.
_____/

## US COACHWAYS, INC.'S MOTION TO DISMISS AND MOTION TO STRIKE

Defendant US Coachways, Inc., ("US Coachways" or "Defendant"), by and through the undersigned attorneys, moves to dismiss Plaintiff Jessica Dipuglia's Complaint pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6) for failure to state a claim upon which relief may be granted for (1) admitting that Plaintiff provided consent to contact her; (2) failing to allege sufficient call information; (3) impermissibly alleging a fail-safe class; and (4) failing to allege facts showing willful or knowing statutory violations sufficient to sustain a claim for treble damages. Alternatively, Defendant respectfully requests that the Court strike the alleged fail-safe class.

1

Date: September 12, 2017

**COUNSEL FOR DEFENDANT,
US COACHWAYS, INC.**

/s/ Capri Trigo
Gordon & Rees LLP
Capri Trigo, Esq.
100 SE Second Street, Suite 3900
Miami, FL 33131
(305) 428-5323
ctrigo@gordonrees.com

Thomas C. Blatchley, Esq. (PHV Motion forthcoming)
95 Glastonbury Blvd., Ste. 206
Glastonbury, CT 06033
(860) 494-7525
tblatchley@gordonrees.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 12, 2017, I electronically served the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Filing generated by CM/ECF.

/s/ Capri Trigo
Gordon & Rees LLP
Capri Trigo, Esq.
100 SE Second Street, Suite 3900
Miami, FL 33131
(305) 428-5323
ctrigo@gordonrees.com